FILED
5/8/18 1:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 16-23388-GLT |
| Kieth Taylor | ) |
| Doris A. Taylor | ) |
| | ) |
| Debtors | ) Chapter 13 |
| | ) |
| | ) Related to Document No. 128 & 132 |

## CONSENT ORDER MODIFYING MARCH 19, 2018 ORDER

AND NOW, this  8th Day of May                              , 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 19, 2018, it is

ORDERED that Part "1.G." be amended to add the following: Claim No. 33 of Beaver County TCB.

The March 19, 2018 order otherwise remains in full force and effect.

BY THE COURT:

Gregory L. Taddonio    drb
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Albert G. Reese, Jr.
Albert G. Reese, Jr., PA I.D. #93813
Attorney for the debtors
The Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697 Telephone
areese8897@aol.com

/s/ Robert Alsko
Robert Alsko- PA I.D. 204049
Attorney for Beaver County TCB
Law Offices of Taylor & Alsko
337 Merchant Street
Ambridge PA 15003
724-266-2370
barristerob@gmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23388-GLT
Kieth Taylor                                                            Chapter 13
Doris A. Taylor
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin            Page 1 of 1            Date Rcvd: May 08, 2018
                            Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db             #+Kieth Taylor,    7600 Hamilton Ave. Apt. #4,    Pittsburgh, PA 15208-2206
jdb             +Doris A. Taylor,    159 Shaffer Street,    Aliquippa, PA 15001-3536
                +Robert Alsko,    Law Offices of Taylor & Alsko,    337 Merchant Street,    Ambridge, PA 15003-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Kieth  Taylor areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Aliquippa and Aliquippa School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11