**2100 B (12/15)**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
## Case No. 16-23388-GLT
## Chapter 13

In re: Debtor(s) (including Name and Address)

Kieth Taylor
7600 Hamilton Ave. Apt. #4
Pittsburgh PA 15208

Doris A. Taylor
159 Shaffer Street
Aliquippa PA 15001

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. : Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430

Name and Address of Transferee:

GLHEC & Aff: GLHEGC, NELA, USAF
PO Box 8961
Madison WI 53708-8961

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23388-GLT
Kieth Taylor                                                          Chapter 13
Doris A. Taylor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz            Page 1 of 1            Date Rcvd: Sep 21, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
14303439        Navient Solutions, Inc. on behalf of,   United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
          Albert G. Reese, Jr.  on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com,
          agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Albert G. Reese, Jr.  on behalf of Debtor Kieth  Taylor areese8897@aol.com,
          agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
          draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
          James  Warmbrodt   on behalf of Creditor  Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          James R. Wood   on behalf of Creditor   City of Aliquippa and Aliquippa School District
          jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert J. Taylor   on behalf of Creditor   Beaver County Tax Claim Bureau rjt52@hotmail.com,
          barristerob@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 11