2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-23388-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kieth Taylor<br>7600 Hamilton Ave. Apt. #4<br>Pittsburgh PA 15208 | Doris A. Taylor<br>159 Shaffer Street<br>Aliquippa PA 15001 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Nelnet on behalf of USAF, USA Funds c/o Navient Solutions Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430,Wilkes Barre, PA 18773-9430, 317-849-6510, Indybankruptcy@Navient.com | GLHEC & Aff: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/14/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23388-GLT
Kieth Taylor                                                              Chapter 13
Doris A. Taylor
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: ddoy              Page 1 of 1            Date Rcvd: Oct 12, 2018
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
14307215        Nelnet on behalf of USAF,    USA Funds c/o Navient Solutions Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,Wilkes Barre, PA 18773-9430,
                 317-849-6510, Indybankruptcy@Navient.com

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.    on behalf of Debtor Kieth  Taylor areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Aliquippa and Aliquippa School District
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11