IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Kieth Taylor | ) | Case No.:  16-23388GLT |
| Doris A. Taylor | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 5 |
| Trustee, | ) | |
|     Movant, | ) | |
|       Vs. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of CitiFinancial, Inc | ) | |
| | ) | |
|     Respondent(s) | ) | |

NOTICE OF HEARING WITH RESPONSE
DEADLINE ON TRUSTEE'S OBJECTION TO CLAIM NO. 5

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than November 1, 2019, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on December 4, 2019, at 10:00 a.m. by Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

<u>10/2/2019</u>                                              <u>/s/ Ronda J. Winnecour</u>

Date                                                   Ronda J. Winnecour (PA I.D. #30399)
                                                       Chapter 13 Trustee
                                                       U.S. Steel Tower – Suite 3250
                                                       600 Grant Street
                                                       Pittsburgh, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com