IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Kieth Taylor | ) | Case No.: 16-23388GLT |
| Doris A. Taylor | ) | Chapter 13 |
|     Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 5 |
| Trustee, | ) | |
|     Movant, | ) | |
|       Vs. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of CitiFinancial, Inc | ) | |
| | ) | |
|     Respondent(s) | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 5

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on October 2, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than November 1, 2019.

11/4/2019                                          /s/ Ronda J. Winnecour

Date                                                  Ronda J. Winnecour (PA I.D. #30399)
                                                         Chapter 13 Trustee
                                                         U.S. Steel Tower – Suite 3250
                                                         600 Grant Street
                                                         Pittsburgh, PA  15219
                                                         (412) 471-5566
                                                         cmecf@chapter13trusteewdpa.com