FILED
11/4/19 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Kieth Taylor ) | Case No.: 16-23388GLT |
| Doris A. Taylor ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 6 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | Related to Docket No. 150 |
| LVNV Funding, LLC its successors and ) | |
| assigns as assignee of Citibank (South ) | |
| Dakota), N.A. ) | |
| ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this 4th Day of November, 2019, upon consideration of the Trustee's Objection to Claim No. 6 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 6 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kieth Taylor
Doris A. Taylor
    Debtors

Case No. 16-23388-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 1      Date Rcvd: Nov 04, 2019
                    Form ID: pdf900   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
db         #+Kieth Taylor,   7600 Hamilton Ave. Apt. #4,   Pittsburgh, PA 15208-2206
jdb        +Doris A. Taylor,   159 Shaffer Street,   Aliquippa, PA 15001-3536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14299776       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 03:22:34
             LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
             N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14298226       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 03:22:31
             LVNV Funding, LLC its successors and assigns as,   assignee of CitiFinancial, Inc.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                                                                                                                                                      TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
              Albert G. Reese, Jr.   on behalf of Debtor Kieth  Taylor areese8897@aol.com,
             agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              Albert G. Reese, Jr.   on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com,
             agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania
             draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
             Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James R. Wood   on behalf of Creditor   City of Aliquippa and Aliquippa School District
             jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor   on behalf of Creditor   Beaver County Tax Claim Bureau rjt52@hotmail.com,
             barristerob@gmail.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
             ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                                                                 TOTAL: 11