**Form 107–C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Kieth Taylor and Doris A. Taylor

CASE NUMBER: 16–23388–GLT

RELATED TO DOCUMENT NO:

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All PDFS must be flattened and saved correctly so that they cannot be modified. For additional guidance, the Attorney On–Line training manual, on the Court's Website, should be consulted.

The Notice of Mortgage Payment Change will not be acted upon as there is no claim filed for this creditor.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

Dated this The 18th of May, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kieth Taylor  
Doris A. Taylor  
    Debtors

Case No. 16-23388-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: May 18, 2020  
                    Form ID: 107c      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.
              +Diane Tran,    Ursus Holdings,    701 Highlander Blvd., Suite 200,    Arlington, TX 76015-4395
14747203     +Wilmington Savings Fund Society, FSB,    c/o Carrington Mortgage Services, LLC,
       1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:
           Albert G. Reese, Jr.    on behalf of Debtor Kieth  Taylor areese8897@aol.com,
            agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
           Albert G. Reese, Jr.    on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com,
            agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
           David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
            raphaeld@fnb-corp.com
           J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
            colavincenzolaw@verizon.net
           James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
           James R. Wood    on behalf of Creditor    City of Aliquippa and Aliquippa School District
            jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
            barristerob@gmail.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
           William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
            ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
           TOTAL: 12