**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

06/12/2020

IN RE:

KIETH TAYLOR
C/O ALBERT G REESE JR ESQ
THE LAW OFFICE OF ALBERT G REESE JR
640 RODI RD 2ND FL STE 2
PITTSBURGH,  PA  15235
XXX-XX-5436          Debtor(s)

Case No.16-23388 GLT

Chapter 13

DORIS A. TAYLOR
159 SHAFFER STREET
ALIQUIPPA,  PA  15001
XXX-XX-5762

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/12/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | 1 | 0.00% | | 0.00 | LOWES/PRAE | NOTICE ONLY | 2853 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | 2 | 0.00% | 32 | 560.12 | ACCT NT/SCH | UNSECURED CREDITOR | 5762 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | 3 | 0.00% | | 0.00 | /PRAE | NOTICE ONLY | |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH**<br>1 GATEWAY CENTER - 9TH FL<br>PITTSBURGH, PA 15222 | 4 | 0.00% | | 0.00 | FNB OF PA/PRAE | NOTICE ONLY | |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 5 | 4.00% | 12 | 5,452.22 | $-%/OE-CONF@MDF/PL*DK | VEHICLE | 2506 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | 6 | 9.00% | 2 | 1,503.76 | 08-009-0412.000-01-1;13-15*CL2 GOVS*1207.02/PL@8%*WNTS 9% | SECURED CREDITOR | 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | 7 | 0.00% | 1 | 0.00 | 08-025-0300.000-01-1;13-15*SURR/PL*CL=1495.71 | SECURED CREDITOR | 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | 8 | 0.00% | 3 | 0.00 | 08-025-0206.001-01-1;13-15*SURR/PL*CL=644.83 | SECURED CREDITOR | 1011 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | 9 | 0.00% | NC | 0.00 | NOTHING OWED/JSP*NT PROV/PL*EVS~ND COMPLETE ADR~NO$/SCH | MORTGAGE REGULAR PAYMEN | |
| **HOUSING AUTHORITY OF BEAVER COUNTY****<br>C/O FIRST NATIONAL BANK OF PA(*)<br>4140 EAST STATE ST<br>HERMITAGE, PA 16148 | 10 | 0.00% | 10 | 0.00 | NT 2b PD/CONF~2B AVD/PL*2ND/SCH*DK*CL @ 1327.22 W/DRAWN-DOC 46, 48 | MORTGAGE PAID IN FULL | 4435 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 30 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7743 | CLAIM: 0.00<br>COMMENT: 510/PL@ONE MAIN*509.93x(36+2)=LMT*2ND*BGN 10/16*FR CITIFINANCIAL-DOC 97 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)**<br>C/O PORTNOFF LAW ASSOC-DLQ CLL<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 12  INT %: 10.00%<br>Court Claim Number: 19 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3220 | CLAIM: 480.68<br>COMMENT: CL19GOVS*3220;10,13,14*2266.94 TOT/PL@8%*WNTS 10%*W/88 |
| **CITY OF ALIQUIPPA (RE)**<br>C/O PORTNOFF LAW ASSOC-DELQ YR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 13  INT %: 10.00%<br>Court Claim Number: 16 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5910 | CLAIM: 221.52<br>COMMENT: 5910;11*239.71/CL-PL@8%/PL*WNTS 10%*PIF/CR/LTR |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)**<br>C/O PORTNOFF LAW ASSOC-DLQ CLL<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5540 | CLAIM: 0.00<br>COMMENT: 5540;08-10,12-15*SURR/L*WNTS 10%*W/90*CL=4280 |
| **CITY OF ALIQUIPPA (RE)**<br>C/O PORTNOFF LAW ASSOC-DELQ YR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6100 | CLAIM: 0.00<br>COMMENT: 6100;08,09,11*SURR/PL*WNTS 10%*W/83*CL=798.28 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)**<br>C/O PORTNOFF LAW ASSOC-DLQ CLL<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 20 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5550 | CLAIM: 0.00<br>COMMENT: 5550;08-10,12-14*SURR/PL*WNTS 10%*W/89*CL=669.90 |
| **CITY OF ALIQUIPPA (RE)**<br>C/O PORTNOFF LAW ASSOC-DELQ YR<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6001 | CLAIM: 0.00<br>COMMENT: 6110;08-11*SURR/PL*CL=181.50 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 13-2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5436 | CLAIM: 1,500.00<br>COMMENT: CL13-2 GOVS*NO PRI/PL*AMD |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 | CLAIM: 0.00<br>COMMENT: NO$~BRAZOS~NTC ONLY/SCH |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: NO$~BRAZOS~NTC ONLY/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AFNI**<br>P.O. BOX 3427<br>BLOOMINGTON, IL 61702 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3852 |
| **AFNI**<br>P.O. BOX 3427<br>BLOOMINGTON, IL 61702 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT MOBILITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3067 |
| **BANK OKLAHOMA MORTGAGE CORP**<br>7060 SOUTH YALE STE 200<br>TULSA, OK 74136 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0561 |
| **BERKS CREDIT & COLLECTIONS INC\*++**<br>PO BOX 329<br>TEMPLE, PA 19560 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VALLEY GASTROEN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7954 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 1,012.10<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8965 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1483 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: DSLLWD/OE\*1328/SCH\*CITIFINANCIAL\*STALE\*TEE TO OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7871 |
| **CITIZENS BANK(\*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **CITIZENS BANK(\*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1162 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM:  645.22<br>COMMENT:  BOSCOV'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9825 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA  18519 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HERITAGE VLLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  48N1 |
| **ALLEGHENY COUNTY COURT OF COMMON PLE**<br>ATTN:  CRIMINAL DIVISION<br>300 COUNTY COURTHOUSE<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2007 |
| **ALLEGHENY COUNTY COURT OF COMMON PLE**<br>ATTN:  CRIMINAL DIVISION<br>300 COUNTY COURTHOUSE<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2010 |
| **ALLEGHENY COUNTY COURT OF COMMON PLE**<br>ATTN:  CRIMINAL DIVISION<br>300 COUNTY COURTHOUSE<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2011 |
| **ALLEGHENY COUNTY COURT OF COMMON PLE**<br>ATTN:  CRIMINAL DIVISION<br>300 COUNTY COURTHOUSE<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2014 |
| **BEAVER COUNTY COURT OF COMMON PLEAS**<br>CRIMINAL DIVISION<br>BEAVER COUNTY COURTHOUSE<br><br>BEAVER, PA  15009 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2011 |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA  02494 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONWIDE INS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9328 |
| **CREDIT MANAGEMENT LP**<br>PO BOX 118288<br><br>CARROLTON, TX  75011 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GRC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3751 |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPT OF E**<br>C/O US DEPARTMENT OF EDUCATION LOAN SE<br>PO BOX 4450<br><br>PORTLAND, OR  97208-4450 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 27-2<br>CLAIM:  161,626.55<br>COMMENT:  X0923@DEPT OF EDU/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5436 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SPRINT CORP(*)**<br>PO BOX 3326<br><br>ENGLEWOOD, CO  80155-3326 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  3,255.56<br>COMMENT:  8855/SCH*SVC THRU 9/18/15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5329 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0000 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  455.53<br>COMMENT:  FINGERHUT/BLUESTEM | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3528 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN  55164 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANFIELD PET/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2001 |
| **KNICKERBOCKER RUSSELL CO INC**<br>4759 CAMPBELLS RUN RD<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3660 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9009 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1074 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  HVHS MDCL CNTR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0945 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA  18773-9640 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9013 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br><br>CHICAGO, IL 60680 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 7-3<br><br>CLAIM: 21,065.05<br>COMMENT: 9005/SCH*AMD*FR NAVENT/USAF-DOC 136,143 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5436 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0403 |
| **VL FUNDING**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 22<br><br>CLAIM: 9,387.37<br>COMMENT: X0403/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5436 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0060 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0060 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0050 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0050 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br><br>CHICAGO, IL 60680 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 8-3<br><br>CLAIM: 44,487.31<br>COMMENT: 7249/SCH*AMD*FR NAVIENT/USAF-DOC 135, 144 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5436 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7149 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE 68508 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7049 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE  68508 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6949 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6003 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6004 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~US BANK~BRAZOS~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6003 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~US BANK~BRAZOS~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6004 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~CITIZENS BANK OF PA/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6002 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HCB~NO$~CITIZENS BANK~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6001 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:29<br>CLAIM:  530.14<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0244 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2631 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA  23541-1067 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~GECRB~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2853 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LOWES~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2853 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 73  INT %: 0.00%<br>Court Claim Number: 26 | CLAIM: 126.54<br>COMMENT: CHARGE-OFF 7/9/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7113 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 74  INT %: 0.00%<br>Court Claim Number: 25 | CLAIM: 129.40<br>COMMENT: ACCT BGN 9/19/12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6752 |
| **DEPARTMENT STORES NATIONAL BANK/VISA**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 75  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0790 |
| **DAVID K MCMULLIN ESQ**<br>MCMULLIN LAW GROUP LLC<br>2312 SOUTHAMPTON DR<br>PITTSBURGH, PA 15241 | Trustee Claim Number: 76  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL RATCHFORD++**<br>120 N KEYSER AVE<br>SCRANTON, PA 18504 | Trustee Claim Number: 77  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ED BIVENS**<br>2600 NORTH CHARLES ST<br>PITTSBURGH, PA 15214 | Trustee Claim Number: 78  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 79  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 0.00<br>COMMENT: 08-013-0413.000-01-1;07-15*NT/SCH*SURR/PL*WNTS 9%*CL=3663.95 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 80  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 0.00<br>COMMENT: DSLLWD/OE*NT/SCH*CITIBANK/SEARS*STALE*TEE TO OBJ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2286 |

| Creditor | Trustee/Court Claim | Claim / Comment |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** C/O RESURGENT CAPITAL SVCS POB 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 81  INT %: 0.00% Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4370 CLAIM: 0.00 COMMENT: DSLLWD/OE*NT/SCH*CITIBANK/SEARS*STALE*TEE TO OBJ |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 82  INT %: 0.00% Court Claim Number: 13-2 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5436 CLAIM: 16,921.11 COMMENT: CL13-2GOVS*NO GEN UNS/SCH*AMD |
| **CITY OF ALIQUIPPA (RE)** C/O PORTNOFF LAW ASSOC-DELQ YR POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 83  INT %: 0.00% Court Claim Number: 14 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 6100 CLAIM: 0.00 COMMENT: 6100;08,09,11*NON%*SURR/PL*W/15*CL=931.11 |
| **CITY OF ALIQUIPPA (RE)** C/O PORTNOFF LAW ASSOC-DELQ YR POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 84  INT %: 0.00% Court Claim Number: 15 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 8550 CLAIM: 0.00 COMMENT: 8550;07-11*SURR/CONF*PROP NT/SCH*WNTS 10%*W/85*CL=1193.03 |
| **CITY OF ALIQUIPPA (RE)** C/O PORTNOFF LAW ASSOC-DELQ YR POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 85  INT %: 0.00% Court Claim Number: 15 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 8550 CLAIM: 0.00 COMMENT: 8550;07-11*NON%*SURR/CONF*PROP NT/SCH*W/84*CL=724.57 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** C/O PORTNOFF LAW ASSOC-DLQ CLL POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 86  INT %: 0.00% Court Claim Number: 18 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5370 CLAIM: 0.00 COMMENT: 5370;07-15*SURR/CONF*NT/SCH-PL*WNTS 10%*W/87*CL=5015.75 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** C/O PORTNOFF LAW ASSOC-DLQ CLL POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 87  INT %: 0.00% Court Claim Number: 18 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5370 CLAIM: 0.00 COMMENT: 5370;07-15*NON%*SURR/CONF*NT/SCH-PL*W/86*CL=990.59 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** C/O PORTNOFF LAW ASSOC-DLQ CLL POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 88  INT %: 0.00% Court Claim Number: 19 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 3220 CLAIM: 1,792.71 COMMENT: CL19GOVS*3220;10,13,14*NON%*2266.94 TOT/PL@8%*W/12 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** C/O PORTNOFF LAW ASSOC-DLQ CLL POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 89  INT %: 0.00% Court Claim Number: 20 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5550 CLAIM: 0.00 COMMENT: 5550;08-10,12-14*NON%*SURR/PL*W/16*CL=2666.38 |
| **ALIQUIPPA SD (CITY ALIQUIPPA) (RE)** C/O PORTNOFF LAW ASSOC-DLQ CLL POB 3020 NORRISTOWN, PA 19404 | Trustee Claim Number: 90  INT %: 0.00% Court Claim Number: 21 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5540 CLAIM: 0.00 COMMENT: 5540;08-10,12-15*NON%*SURR/PL*W/14*CL=3687.49 |

| Creditor | Trustee/Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF** C/O CARRINGTON MORTGAGE SVCS LLC PO BOX 3730 ANAHEIM, CA 92806 | Trustee Claim Number: 91  INT %: 0.00% Court Claim Number: 30 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 7743 | CLAIM: 1,479.86 COMMENT: $/CL-PL@ONE MAIN/PL*2ND*THRU 9/16*FR CITIFINANCIAL-DOC 97 |
| **INTERNAL REVENUE SERVICE\*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 92  INT %: 0.00% Court Claim Number: 13-2 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 5436 | CLAIM: 0.00 COMMENT: 18421.11@0%/PL*250MO*AMD CL=0 |
| **NAVIENT PC TRUST** C/O NAVIENT SOLUTIONS INC PO BOX 9000 WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 93  INT %: 0.00% Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5436 | CLAIM: 17,943.92 COMMENT: SCH@51? |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** BEAVER COUNTY COURTHOUSE 810 3RD ST BEAVER, PA 15009-2194 | Trustee Claim Number: 94  INT %: 9.00% Court Claim Number: 33 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 0011 | CLAIM: 574.42 COMMENT: 08-009-0412.000-01-1;16*CL33GOVS/COE*NT PROV/PL*WNTS 9% |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** BEAVER COUNTY COURTHOUSE 810 3RD ST BEAVER, PA 15009-2194 | Trustee Claim Number: 95  INT %: 0.00% Court Claim Number: 34 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 0011 | CLAIM: 0.00 COMMENT: 08-013-0413.000-01-1;16*SURR/PL*WNTS 9%*CL=335.05 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** BEAVER COUNTY COURTHOUSE 810 3RD ST BEAVER, PA 15009-2194 | Trustee Claim Number: 96  INT %: 0.00% Court Claim Number: 35 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 0011 | CLAIM: 0.00 COMMENT: 08-025-0300.000-01-1;16*PROP SURR/PL*WNTS 9%*CL=388.67 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** BEAVER COUNTY COURTHOUSE 810 3RD ST BEAVER, PA 15009-2194 | Trustee Claim Number: 97  INT %: 0.00% Court Claim Number: 36 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 1011 | CLAIM: 0.00 COMMENT: 08-025-0206.001-01-1;16*PROP SURR/PL*WNTS 9%*CL=96.61 |
| **ALDRIDGE PITE LLP** 4375 JUTLAND DR STE 200 PO BOX 17933 SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 98  INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: WILMINGTON SVNGS/PRAE |
| **JAMES C WARMBRODT ESQ** KML LAW GROUP PC 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number: 99  INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: CARRINGTON MORT~WILMINGTON/PRAE |
| **CLERK OF COURTS - ALLEGHENY COUNTY** 436 GRANT ST #115 PITTSBURGH, PA 15219 | Trustee Claim Number: 100  INT %: 0.00% Court Claim Number: | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 2011 | CLAIM: 3,826.50 COMMENT: $/PL*NT/SCH*ADRS-ACCTNUM/EMAIL~DK |

| Creditor | Trustee Claim / Court Claim | Credit Desc / Account | Claim / Comment |
|---|---|---|---|
| **CLERK OF COURTS - ALLEGHENY COUNTY**<br>436 GRANT ST #115<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 101  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2014 | CLAIM: 5,125.00<br>COMMENT: $/PL*NT/SCH*ADRS-ACCTNUM/EMAIL~DK |
| **BEAVER COUNTY CLERK OF COURTS**<br>BEAVER COUNTY COURT HOUSE<br>810 3RD ST<br>BEAVER, PA 15009 | Trustee Claim Number: 102  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2011 | CLAIM: 5,666.56<br>COMMENT: $/PL*NT/SCH*ADRS-ACCTNUM/EMAIL~DK |
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br>CHICAGO, IL 60680 | Trustee Claim Number: 103  INT %: 0.00%<br>Court Claim Number: 7-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5436 | CLAIM: 0.00<br>COMMENT: IMPROPER AMD CL REPL BY ORIGINAL*W/51 |
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br>CHICAGO, IL 60680 | Trustee Claim Number: 104  INT %: 0.00%<br>Court Claim Number: 8-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5436 | CLAIM: 0.00<br>COMMENT: IMPROPER AMD CL REPL BY ORIGINAL*W/58 |
| **J PHILIP COLAVINCENZO ESQ**<br>255 COLLEGE AVE<br>BEAVER, PA 15009 | Trustee Claim Number: 105  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: BEAVER CNTY TCB/PRAE |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 106  INT %: 0.00%<br>Court Claim Number: 39 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0011 | CLAIM: 0.00<br>COMMENT: 08-025-0300.00*PROP SURR*YR NT/PL*2017*CL=697.87 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 107  INT %: 0.00%<br>Court Claim Number: 37 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1011 | CLAIM: 0.00<br>COMMENT: 08-025-0206.001*PROP SURR*2017*CL=130.06 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 108  INT %: 0.00%<br>Court Claim Number: 38 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1011 | CLAIM: 0.00<br>COMMENT: 08 025 0206 001 011*PROP SURR*2018~CL 161.12/FACE |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 109  INT %: 0.00%<br>Court Claim Number: 40 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0000 | CLAIM: 0.00<br>COMMENT: 08-025-0300.000-01-1;16*PROP SURR/PL*2018 CL=1205.32 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 110  INT %: 0.00%<br>Court Claim Number: 30 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7743 | CLAIM: 601.11<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP REF CL*W/91 |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br><br> BEAVER, PA  15009-2194 | Trustee Claim Number:111  INT %:  0.00% <br> Court Claim Number:42 <br><br> CLAIM:  0.00 <br> COMMENT:  08-025-0300.00-01-1*PROP SURR*CL=405.40*2019 CTY+BORO*WNTS 9% | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU**** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br><br> BEAVER, PA  15009-2194 | Trustee Claim Number:112  INT %:  0.00% <br> Court Claim Number:41 <br><br> CLAIM:  0.00 <br> COMMENT:  08-025-0206.001-01-1*2019 CNTY-BORO ONLY*PROP SURR*CL=99.44*WNTS 9% | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  1011 |

Case 16-23388-GLT    Doc 169    Filed 06/12/20    Entered 06/12/20 13:04:50    Desc
Page 14 of 14