FILED
9/15/21 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-23388-GLT |
| | ) | |
| Kieth Taylor | ) | Chapter 13 |
| Doris A. Taylor | ) | |
|     Debtors | ) | Doc. No.: 26 |
| | ) | |
| Doris A. Taylor | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | Related to Docket No. 174 |
| | ) | |
| Ohio Valley Industries Services, Inc. | ) | |
|     Respondent | ) | |
| | ) | |
| SS#: xxx-xx- 5762 | ) | |

## AMENDED CONSENT ORDER OF COURT

**AND NOW,** upon consideration of the within Consent Motion to Terminate Wage Attachment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the wage attachment of Doris A. Taylor with Ohio Valley Industries Services, Inc. be terminated immediately.

Employer:

Ohio Valley Industries Services, Inc.
Attention: Tom Kaminski
530 Moon Clinton Road, Unit B
Moon Township, PA 15108

Date: September, 15, 2021

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

CONSENTED TO BY:

/s/ Owen Katz, Esq.
Owen Katz, Esquire
PA ID: 36473
Office of the Chapter 13 Trustee
600 Grant Street, Suite 3250
Pittsburgh, PA 15219
(412) 471-5566
Counsel to the Chapter 13 Trustee

/s/ Albert G. Reese Jr., Esq.
Albert G. Reese Jr., Esquire
PA ID: 98313
Law Office of Albert Reese Jr.
640 Rodi Road, 2nd Fl., Ste. 2
Pittsburgh, PA 15235
(412) 241-1697
Counsel to Debtors

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23388-GLT |
| Kieth Taylor | Chapter 13 |
| Doris A. Taylor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kieth Taylor, 7600 Hamilton Ave. Apt. #4, Pittsburgh, PA 15208-2206 |
| jdb | + | Doris A. Taylor, 159 Shaffer Street, Aliquippa, PA 15001-3536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Kieth Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 2 |

J. Philip Colavincenzo
    on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

James R. Wood
    on behalf of Creditor City of Aliquippa and Aliquippa School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert J. Taylor
    on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12