**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/28/21 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: <br>   KIETH TAYLOR <br> DORIS A. TAYLOR <br>       Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>     Movant <br>       vs. <br>   KIETH TAYLOR <br> DORIS A. TAYLOR <br><br>      Respondents | Case No.16-23388GLT <br><br> Chapter 13 <br><br> Related to Docket No. 178 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th Day of September, 2021__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc
Attn: Corporate Payroll
600 Grant St 56Th Fl
Pittsburgh,PA 15219

is hereby ordered to immediately terminate the attachment of the wages of KIETH TAYLOR, social security number XXX-XX-5436. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KIETH TAYLOR.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23388-GLT |
| Kieth Taylor | Chapter 13 |
| Doris A. Taylor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kieth Taylor, 7600 Hamilton Ave. Apt. #4, Pittsburgh, PA 15208-2206 |
| jdb | + | Doris A. Taylor, 159 Shaffer Street, Aliquippa, PA 15001-3536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

**Name**    **Email Address**

Albert G. Reese, Jr.
    on behalf of Debtor Kieth Taylor areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Albert G. Reese, Jr.
    on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com
    agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A
    bnicholas@kmllawgroup.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

| | |
|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 2 |

J. Philip Colavincenzo
    on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

James R. Wood
    on behalf of Creditor City of Aliquippa and Aliquippa School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert J. Taylor
    on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12