| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **KIETH TAYLOR** |
| Debtor 2 (Spouse, if filing) | **DORIS A. TAYLOR** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-23388GLT** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | WILMINGTON SAVINGS FUND SOCIETY FSB - |
| **Court claim no.** (if known): | 30 |
| **Last 4 digits** of any number you use to identify the debtor's account | 7 7 4 3 |
| **Property Address:** | 159 SHAFFER ST<br>ALIQUIPPA PA 15001 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** — Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 1,479.86 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 1,479.86 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 601.11 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 601.11 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 2,080.97 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $509.93 |
| The next postpetition payment is due on | 11 / 1 / 2021<br>MM / DD / YYYY |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N — **Notice of Final Cure Payment** — page 1

Debtor 1 **KIETH TAYLOR** Case number *(if known)* **16-23388GLT**
　　　　　Name

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour　　　　　　　　　Date　11/01/2021
　　Signature

Trustee　　　Ronda J. Winnecour

Address　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　600 GRANT STREET
　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　PITTSBURGH, PA  15219

Contact phone　(412) 471-5566　　　　　Email　cmecf@chapter13trusteewdpa.com

| Debtor 1 | KIETH TAYLOR | | Case number *(if known)* | 16-23388GLT |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 05/25/2017 | 1040188 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 252.87 |
| 06/27/2017 | 1043547 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 134.84 |
| 07/25/2017 | 1046872 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 58.09 |
| 08/25/2017 | 1050204 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 417.21 |
| 09/26/2017 | 1053523 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 137.81 |
| 10/25/2017 | 1056900 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 232.09 |
| 11/21/2017 | 1060226 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 246.95 |
| 12/13/2017 | 1060226 | CITIFINANCIAL SERVICING LLC | CANCELLED CHECK TO CREDITOR/PRINC | -246.95 |
| 01/25/2018 | 1069164 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 246.95 |
| | | | | **1,479.86** |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 10/25/2021 | 1214830 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 601.11 |
| | | | | **601.11** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/25/2017 | 1040188 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 4,589.37 |
| 06/27/2017 | 1043547 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 07/25/2017 | 1046872 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 08/25/2017 | 1050204 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 09/26/2017 | 1053523 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 10/25/2017 | 1056900 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 11/21/2017 | 1060226 | CITIFINANCIAL SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 12/13/2017 | 1060226 | CITIFINANCIAL SERVICING LLC | CANCELLED CHECK TO CREDITOR/CONT | -509.93 |
| 01/25/2018 | 1069164 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,529.79 |
| 02/23/2018 | 1072330 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 03/28/2018 | 1075548 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 04/24/2018 | 1078766 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 05/25/2018 | 1082065 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 06/22/2018 | 1085168 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 07/26/2018 | 1088416 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 08/28/2018 | 1091633 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 09/25/2018 | 1094755 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 10/29/2018 | 1098018 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 11/27/2018 | 1101106 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 12/21/2018 | 1104225 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 01/25/2019 | 1107521 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 02/25/2019 | 1110745 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 03/25/2019 | 1114027 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 04/26/2019 | 1117385 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 05/24/2019 | 1120775 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 06/25/2019 | 1124167 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 07/29/2019 | 1127642 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 08/27/2019 | 1131123 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 09/24/2019 | 1134344 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 10/24/2019 | 1137763 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 06/25/2021 | 1202349 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 10,198.60 |
| 07/26/2021 | 1205516 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 08/26/2021 | 1208686 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 09/24/2021 | 1211782 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 509.93 |
| 10/25/2021 | 1214830 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 217.21 |
| | | | | **31,322.94** |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

KIETH TAYLOR
C/O ALBERT G REESE JR ESQ
THE LAW OFFICE OF ALBERT G REESE JR
640 RODI RD 2ND FL STE 2
PITTSBURGH, PA  15235

DORIS A. TAYLOR
159 SHAFFER STREET
ALIQUIPPA, PA  15001

ALBERT G REESE JR ESQ
THE LAW OFFICE OF ALBERT G REESE JR
640 RODI RD 2ND FL STE 2
PITTSBURGH, PA  15235

WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE STANWICH MTG LOAN TRUST A
C/O CARRINGTON MORTGAGE SVCS LLC
PO BOX 3730
ANAHEIM, CA  92806

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS RD
ANAHEIM, CA  92806

BRIAN C NICHOLAS ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

11/1/21

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee