Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kieth Taylor** <br> **Doris A. Taylor** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 16−23388−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | Related to Document No. 109 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 2/9/22 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 109 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)    *On or before January 7, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)    This Motion is scheduled for hearing on *February 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)    If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)    Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23388-GLT |
| Kieth Taylor | Chapter 13 |
| Doris A. Taylor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kieth Taylor, 7600 Hamilton Ave. Apt. #4, Pittsburgh, PA 15208-2206 |
| jdb | + | Doris A. Taylor, 159 Shaffer Street, Aliquippa, PA 15001-3536 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | City of Aliquippa and Aliquippa School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| cr | + | Wilmington Savings, 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |
| 14287453 | + | AES/Brazosus, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14317327 | + | Aliquippa School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14287456 | + | Bancoklahoma Mtg Corp, 7060 S Yale Ave, Tulsa, OK 74136-5716 |
| 14296299 | + | Beaver County Tax Claim Bureau, 810 Third Street, Beaver, PA 15009-2139 |
| 14363075 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14287459 | + | Citizens Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14317323 | + | City of Aliquippa, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14287464 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 14310268 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |
| 14310269 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14287467 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14287468 | + | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14303439 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14307215 | | Nelnet on behalf of USAF, USA Funds c/o Navient Solutions Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430,Wilkes Barre, PA 18773-9430, 317-849-6510, Indybankruptcy@Navient.com |
| 14287473 | + | P H E A A/h C B, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14346926 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 23 2021 23:25:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:56 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14314984 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14866979 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 23 2021 23:25:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14287454 | + | Email/Text: EBNProcessing@afni.com | Nov 23 2021 23:26:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 14314943 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit Financial Services, Inc. dba GM |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14287455 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 23 2021 23:26:00 | | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14338359 | | Email/PDF: ebn_ais@aisinfo.com Nov 23 2021 23:28:46 | | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14287457 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com Nov 23 2021 23:26:00 | | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 14287458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 23 2021 23:28:52 | | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14287460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 23 2021 23:26:00 | | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14287461 | + | Email/Text: commonwealth@ebn.phinsolutions.com Nov 23 2021 23:25:00 | | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 14287462 | + | Email/Text: bankruptcy_notifications@ccsusa.com Nov 23 2021 23:26:00 | | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 14287463 | + | Email/Text: EBN@thecmigroup.com Nov 23 2021 23:25:00 | | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14287465 | + | Email/Text: bankruptcynotices@dcicollect.com Nov 23 2021 23:26:00 | | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14364149 | + | Email/Text: kburkley@bernsteinlaw.com Nov 23 2021 23:26:00 | | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14310268 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Nov 23 2021 23:25:00 | | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |
| 14287466 | + | Email/Text: bnc-bluestem@quantum3group.com Nov 23 2021 23:26:00 | | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14918987 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 23 2021 23:25:00 | | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14315337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 23 2021 23:25:00 | | Internal Revenue Service, 1000 Liberty Ave Rm 711, Pittsburgh, PA 15222-4107 |
| 14298226 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 23 2021 23:28:58 | | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14299776 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 23 2021 23:28:45 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14326558 | | Email/PDF: pa_dc_claims@navient.com Nov 23 2021 23:28:55 | | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14287469 | + | Email/Text: Bankruptcies@nragroup.com Nov 23 2021 23:26:00 | | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14287470 | + | Email/PDF: pa_dc_claims@navient.com Nov 23 2021 23:29:06 | | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14339136 | | Email/PDF: pa_dc_claims@navient.com Nov 23 2021 23:28:57 | | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14287471 | + | Email/Text: electronicbkydocs@nelnet.net Nov 23 2021 23:26:00 | | Nelnet, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14287472 | + | Email/PDF: cbp@onemainfinancial.com Nov 23 2021 23:28:50 | | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14287474 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2021 23:25:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14287475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:55 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14364088 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14344634 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14333802 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14287635 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14310223 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14287476 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14326557 | | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:28:56 | VL FUNDING, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14287477 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2021 23:25:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 14287478 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14747203 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401, address filed with court:, First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Debtor Kieth Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| James R. Wood | on behalf of Creditor City of Aliquippa and Aliquippa School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13