**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIETH TAYLOR<br>DORIS A. TAYLOR<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:16-23388<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2016 and confirmed on 2/10/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,258.56 |
| Less Refunds to Debtor | 2,632.44 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,626.12 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 4,277.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,277.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 31,322.94 | 0.00 | 31,322.94 |
|     Acct: 7743 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 1,479.86 | 1,479.86 | 0.00 | 1,479.86 |
|     Acct: 7743 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 1,503.76 | 1,503.76 | 104.20 | 1,607.96 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1011 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 480.68 | 480.68 | 37.05 | 517.73 |
|     Acct: 3220 | | | | |
|   CITY OF ALIQUIPPA (RE) | 221.52 | 221.52 | 18.19 | 239.71 |
|     Acct: 5910 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5540 | | | | |
|   CITY OF ALIQUIPPA (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6100 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5550 | | | | |
|   CITY OF ALIQUIPPA (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   CITY OF ALIQUIPPA (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6100 | | | | |
|   CITY OF ALIQUIPPA (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8550 | | | | |
|   CITY OF ALIQUIPPA (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8550 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5370 | | | | |
|   ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| Acct: 5370 | | | | |
| ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 1,792.71 | 1,792.71 | 0.00 | 1,792.71 |
| Acct: 3220 | | | | |
| ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5550 | | | | |
| ALIQUIPPA SD (CITY ALIQUIPPA) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5540 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5436 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 5,452.22 | 5,452.22 | 723.52 | 6,175.74 |
| Acct: 2506 | | | | |
| HOUSING AUTHORITY OF BEAVER COUN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4435 | | | | |
| | | | | 43,136.65 |
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIETH TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIETH TAYLOR | 2,632.44 | 2,632.44 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
| Acct: 5436 | | | | |
| CLERK OF COURTS - ALLEGHENY COUNT | 3,826.50 | 3,826.50 | 0.00 | 3,826.50 |
| Acct: 2011 | | | | |
| CLERK OF COURTS - ALLEGHENY COUNT | 5,125.00 | 5,125.00 | 0.00 | 5,125.00 |
| Acct: 2014 | | | | |
| BEAVER COUNTY CLERK OF COURTS | 5,666.56 | 5,666.56 | 0.00 | 5,666.56 |
| Acct: 2011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 574.42 | 574.42 | 4.31 | 578.73 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 601.11 | 601.11 | 0.00 | 601.11 |
| Acct: 7743 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1011 | | | | |
| | | | | 17,297.90 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 560.12 | 34.06 | 0.00 | 34.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5762 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3852 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3067 | | | | |
| BANK OKLAHOMA MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0561 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7954 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,012.10 | 61.55 | 0.00 | 61.55 |
| Acct: 8965 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1483 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7871 | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1162 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 645.22 | 39.24 | 0.00 | 39.24 |
| Acct: 9825 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 48N1 | | | | |
| ALLEGHENY COUNTY COURT OF COMMO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2007 | | | | |
| ALLEGHENY COUNTY COURT OF COMMO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2010 | | | | |
| ALLEGHENY COUNTY COURT OF COMMO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2011 | | | | |
| ALLEGHENY COUNTY COURT OF COMMO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2014 | | | | |
| BEAVER COUNTY COURT OF COMMON P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2011 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9328 | | | | |
| CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3751 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O US DEPA | 161,626.55 | 9,828.51 | 0.00 | 9,828.51 |
| Acct: 5436 | | | | |
| SPRINT CORP(*) | 3,255.56 | 197.97 | 0.00 | 197.97 |
| Acct: 5329 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 455.53 | 27.70 | 0.00 | 27.70 |
| Acct: 3528 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| KNICKERBOCKER RUSSELL CO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3660 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9009 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2853 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL RECOVERY AGENCY GROUP*' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1074 | | | | |
| NATIONAL RECOVERY AGENCY GROUP*' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0945 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9013 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA US/ | 21,065.05 | 1,280.97 | 0.00 | 1,280.97 |
| Acct: 5436 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0403 | | | | |
| VL FUNDING | 9,387.37 | 570.85 | 0.00 | 570.85 |
| Acct: 5436 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0060 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0060 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0050 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0050 | | | | |
| GLHEC & AFFILIATES: GLHEGC NELA US/ | 44,487.31 | 2,705.27 | 0.00 | 2,705.27 |
| Acct: 5436 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7149 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7049 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6949 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6003 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6004 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6003 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6004 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6002 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 530.14 | 32.24 | 0.00 | 32.24 |
| Acct: 0244 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2631 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2853 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2853 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 126.54 | 7.69 | 0.00 | 7.69 |
| Acct: 7113 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 129.40 | 7.87 | 0.00 | 7.87 |
| Acct: 6752 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0790 | | | | |
| DAVID K MCMULLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ED BIVENS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2286 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4370 | | | | |
| INTERNAL REVENUE SERVICE* | 16,921.11 | 1,028.97 | 0.00 | 1,028.97 |
| Acct: 5436 | | | | |
| NAVIENT PC TRUST | 17,943.92 | 1,091.17 | 0.00 | 1,091.17 |
| Acct: 5436 | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5436 | | | | |
| UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5436 | | | | |
| J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,914.06 |

TOTAL PAID TO CREDITORS                                                                          77,348.61

TOTAL CLAIMED
PRIORITY         17,293.59
SECURED          10,930.75
UNSECURED       278,145.92

Date: 11/22/2021                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    KIETH TAYLOR<br>    DORIS A. TAYLOR<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:16-23388<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                    BY THE COURT:


                                                                    _____
                                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23388-GLT |
| Kieth Taylor | Chapter 13 |
| Doris A. Taylor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kieth Taylor, 7600 Hamilton Ave. Apt. #4, Pittsburgh, PA 15208-2206 |
| jdb | + | Doris A. Taylor, 159 Shaffer Street, Aliquippa, PA 15001-3536 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | City of Aliquippa and Aliquippa School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| cr | + | Wilmington Savings, 1600 S. Douglass Rd, Anaheim, CA 92806-5948 |
| 14287453 | + | AES/Brazosus, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14317327 | + | Aliquippa School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14287456 | + | Bancoklahoma Mtg Corp, 7060 S Yale Ave, Tulsa, OK 74136-5716 |
| 14296299 | + | Beaver County Tax Claim Bureau, 810 Third Street, Beaver, PA 15009-2139 |
| 14363075 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14287459 | + | Citizens Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 14317323 | + | City of Aliquippa, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14287464 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 14310268 | ++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401 address filed with court:, First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |
| 14310269 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14287467 | + | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14287468 | + | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14303439 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14307215 | | Nelnet on behalf of USAF, USA Funds c/o Navient Solutions Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430,Wilkes Barre, PA 18773-9430, 317-849-6510, Indybankruptcy@Navient.com |
| 14287473 | + | P H E A A/h C B, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14346926 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 23 2021 23:25:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:55 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14314984 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14866979 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 23 2021 23:25:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14287454 | + | Email/Text: EBNProcessing@afni.com | Nov 23 2021 23:26:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 14314943 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit Financial Services, Inc. dba GM |

Case 16-23388-GLT   Doc 187   Filed 11/25/21   Entered 11/26/21 00:29:27   Desc
Imaged Certificate of Notice   Page 9 of 11

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 61 |

| Recipient ID | | Method / Address | Date/Time | Party |
|---|---|---|---|---|
| | | | | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14287455 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14338359 | | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2021 23:29:07 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14287457 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 23 2021 23:26:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 14287458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14287460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14287461 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 23 2021 23:25:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 14287462 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2021 23:26:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 14287463 | + | Email/Text: EBN@thecmigroup.com | Nov 23 2021 23:25:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 14287465 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 23 2021 23:26:00 | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14364149 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2021 23:26:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14310268 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 23 2021 23:25:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |
| 14287466 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 23 2021 23:26:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14918987 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 23 2021 23:25:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14315337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2021 23:25:00 | Internal Revenue Service, 1000 Liberty Ave Rm 711, Pittsburgh, PA 15222-4107 |
| 14298226 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14299776 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14326558 | | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:28:44 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14287469 | + | Email/Text: Bankruptcies@nragroup.com | Nov 23 2021 23:26:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14287470 | + | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:28:44 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14339136 | | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:28:55 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14287471 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 23 2021 23:26:00 | Nelnet, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14287472 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:50 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14287474 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 16-23388-GLT    Doc 187    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc
                        Imaged Certificate of Notice    Page 10 of 11

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 61 |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 23 2021 23:25:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14287475 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:05 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14364088 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14344634 | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14333802 | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14287635 | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:56 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14310223 | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14287476 | + Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:49 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14326557 | Email/PDF: pa_dc_claims@navient.com | Nov 23 2021 23:29:06 | VL FUNDING, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14287477 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 23 2021 23:25:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 14287478 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:47 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14747203 | + Email/Text: BKBCNMAIL@carringtonms.com | Nov 23 2021 23:25:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | J.P. MORGAN MORTGAGE ACQUISITION CORP. |
| cr |  | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | FIRST NATIONAL BANK OF PENNSYLVANIA, ATTN JOSIE MOCKER, 4140 EAST STATE STREET, HERMITAGE PA 16148-3401, address filed with court:, First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Joint Debtor Doris A. Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Albert G. Reese, Jr. | on behalf of Debtor Kieth Taylor areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| James R. Wood | on behalf of Creditor City of Aliquippa and Aliquippa School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13